IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge R. Brooke Jackson

Criminal Action No. 15-cr-00278-RBJ-2

UNITED STATES OF AMERICA,

    Plaintiff,

v.

John Frederick Baker,

    Defendant.

ORDER SETTING TRIAL AND DEADLINES

This matter has been scheduled for a **four day Jury Trial** on the docket of Judge R. Brooke Jackson in the Alfred A. Arraj U.S. District Courthouse, Courtroom A902, 9th Floor, 901 19th Street, Denver, Colorado, to commence **October 13, 2015 at 9:00 a.m.** It is

ORDERED that all pretrial motions shall be filed by **September 11, 2015** and responses to these motions shall be filed by **September 25, 2015.** It is further

ORDERED that counsel shall jointly contact Chambers by telephone at (303) 844-4694 or by email at Jackson_chambers@cod.uscourts.gov **within five days after filing of pre-trial motions** to set the case for Motions Hearing.

For additional information, please review my practice standards located at http://www.cod.uscourts.gov/JudicialOfficers/ActiveArticleIIIJudges/HonRBrookeJackson.aspx.

DATED this 1st day of September, 2015.

BY THE COURT:

_____
R. Brooke Jackson
United States District Judge